UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:04-cr-206-J-20MCR

YAHYA ALI
_____/

ORDER

Before the Court is Defendant Yahya Ali's Motion for Use of Laptop Computer and Palm Pilot (Doc. No. 612, filed July 27, 2005). The Motion is **GRANTED, SO LONG AS** no laptop computer or palm pilot in use during trial has the capability to photograph or transmit voice data.

**DONE AND ENTERED** at Jackosnville, Florida, this 29th day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

David Mengers, Esq.
William E. Folsom, Esq.
D.J. Pashayan, AUSA
Gerald Scott Bettman, Esq.
Clyde M. Collins, Jr., Esq.
O. David Barksdale, Esq.
Thomas George Fallis, Esq.
Charlie Lee Adams, Esq.
Quentin Till, Esq.
Robert Calvin Rivers, Esq,
Daniel A. Smith, Esq.
William Charles Fletcher, Esq.
Michael W. Johnson, Esq.

CSO