UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:04-cr-206-J-20MCR

YAHYA ALI

_____/

## ORDER

Following Defendant's Motion (Dkt. 1203), this Court directed the United States Probation Office to file a supplemental presentence report. Based upon that report, the parties were directed to file responses indicating their agreement or disagreement with this report. Thereafter, Defendant filed an Unopposed Motion to File, Out of Time, Defendant's Response to Supplemental Presentence Investigation Report (Dkt. 1221) which will be granted. After considering the supplemental presentence report and the parties' responses (Dkts. 1220, 1222), wherein the parties agree Defendant is ineligible for any reduction in his sentence, this Court determines Defendant is ineligible for a reduction in his previously imposed sentence because he was sentenced as a career offender and was not sentenced based on crack cocaine.

Defendant also filed a "Motion to Amend 3582(c)(2)" in which he asserts three points for review. First is that his prior state offense was improperly used as an enhancement to his federal sentence. Second, that the drug amounts in the factual basis for his guilty plea were erroneously applied. Third, the government used "unsound judgment" when computing the drug amounts mentioned in the factual basis for his plea.

The claims in the Motion to Amend are not cognizable under 18 U.S.C. § 3582(c)(2). Section 3582(c)(2) authorizes this Court to address situations where a defendant was sentenced

based on a sentencing range that have subsequently been lowered by the Sentencing Commission and that change would have reduced that defendant's term of imprisonment. Defendant's claims are much different and cannot be pursued by the current method. Relief, if any, would appear appropriate pursuant to § 2255, but any such motion must comply with § 2255's strict time limitations.

Accordingly, it is **ORDERED**:

1. Defendant's Unopposed Motion to File, Out of Time, Defendant's Response to Supplemental Presentence Investigation Report (Dkt. 1221) is **GRANTED**;

2. Defendant's "Motion to Request Modification of Sentence Pursuant to Title 18 U.S.C 3582(c)(2)" (Dkt. 1203) is **DENIED**;

3. Defendant's "Motion to Amend 3582(c)(2)" is **DENIED**; and

4. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of January, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Yahya Ali
Sylvia A. Irvin, Esq.
John M. Guard, Esq.
U.S. Probation Office